## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC, *Plaintiff/Relator*, v. P.J.K. FOOD SERVICE, LLC, *Defendant.* | Case No. 24-cv-1928-LKG **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant P.J.K. Food Service, LLC. Defendant has not answered or moved for summary judgment. Relator has conferred with counsel for the United States and the United States has consented to dismissal of the action pursuant to 31 U.S.C. § 3730(b)(1).

Date: November 18, 2025                     Respectfully submitted,

                                            /s/
Approved this 4th day of December, 2025.    Andrew Jay Graham (Fed. Bar No. 00078)
                                            Justin A. Redd (Fed. Bar No. 18614)
/s/ Lydia Kay Griggsby                      **KRAMON & GRAHAM, P.A.**
LYDIA KAY GRIGGSBY                          750 East Pratt Street, 11th Floor
United States District Court                Baltimore, Maryland 21202
                                            Telephone: (410) 752-6030
                                            Facsimile: (410) 539-1269
                                            agraham@kg-law.com
                                            jredd@kg-law.com